UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| KARLA SANDOVAL, FERNANDO FELIX, MARIANA VASQUEZ, VALERIE CALDERON, ARIANA MORENO, MARCO RODRIGUEZ and ADEN KHACHADOORIAN MAMORE, on behalf of themselves, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY SERVICES, LLC, a Delaware limited liability company; AT&T SERVICES, INC., a Delaware corporation; PACIFIC BELL TELEPHONE COMPANY, a California corporation; AT&T, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  16-CV-03406-PJH<br><br>[PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT<br><br>Hearing:<br>Date:   August 8, 2018<br>Time:   9:00 a.m.<br>Ctrm.:   Courtroom 3<br>Judge:  Hon. Phyllis J. Hamilton |

On August 8, 2018, a hearing was held on Plaintiffs Karla Sandoval, Fernando Felix, Mariana Vasquez, Valerie Calderon, Ariana Moreno, Marco Rodriguez and Aden Khachadoorian Mamore ("Plaintiffs") motion for final approval of the parties' proposed class action settlement. David Yeremian of David Yeremian & Associates, Inc. ("Class Counsel") appeared for Plaintiffs, and Max C. Fischer of Sidley Austin LLP, appeared for Defendant AT&T Mobility Services, Inc. ("Defendant").

The parties have previously filed with this Court their Joint Stipulation of Class Settlement and Release and the Addendum (collectively the "Agreement" or "Settlement"). This Court preliminarily approved the Settlement in its Order Granting Preliminary Approval of Settlement ("Preliminary Approval Order"). In accordance with this Preliminary Approval Order, Class Members have been given notice of the terms of the Settlement and the opportunity to object to it or to exclude themselves from its provisions. Only 4 of the 9,713 Class Members opted out of the class and no Class Members objected to the Settlement.

Having received and considered the proposed Agreement, the supporting papers filed by Plaintiff, including the Declarations of David Yeremian, Alan Garrido, Tin Nguyen, Karla Sandoval, Fernando Felix, Mariana Vasquez, Valerie Calderon, Marco Rodriguez and Aden Khachadoorian Mamore in Support of the Motion for Final Approval of Class Action Settlement and Motion for Order For Attorneys' Fees, Litigation Expenses and Class Representative Enhancements, the evidence previously received by the Court pursuant to Plaintiff's Notice of Motion and Motion For Order for Preliminary Approval of Class Action Settlement, and the final approval hearing, the Court GRANTS FINAL APPROVAL to the Settlement and HEREBY ORDERS and MAKES DETERMINATIONS as follows:

1.   This Court has jurisdiction over the subject matter of this matter and over all Parties, including all members of the putative Settlement Class.

2.   Pursuant to this Court's Preliminary Approval Order, Notice of Class Action Settlement ("Notice Packet") was sent to each class member by first-class mail. The Notice Packet informed Class Members of the terms of the Agreement, their right to opt out of the class and pursue their own remedies, their opportunity to file written objections, and their right to appear in person or

by counsel at the final approval hearing and be heard regarding approval of the settlement. Adequate periods of time were provided by each of these procedures. No Class Members filed written objections to the proposed settlement as part of this notice process or stated an intent to appear at the final approval hearing.

3. The Court finds and determines that this notice procedure afforded adequate protections to Class Members and provides the basis for the Court to make an informed decision regarding approval of the settlement based on the responses of Class Members. The Court finds and determines that the notice provided in this case was the best notice practicable, which satisfied the requirements of federal law and due process.

4. For the reasons stated in the Court's April 6, 2018 Preliminary Approval Order, the Court finds and determines that the proposed settlement classes, defined in the Agreement as the Settlement Class along with the Non-*Ly* Settlement Subclass and the Vacation Wages Settlement Subclass (collectively the "Settlement Classes"), meet all of the legal requirements for class certification, and it is hereby ordered that the Settlement Classes are finally approved and certified as classes for purposes of settlement of this action. Likewise, Karla Sandoval, Fernando Felix, Mariana Vasquez, Valerie Calderon, Marco Rodriguez and Aden Khachadoorian Mamore are also approved as is the Class Representatives. David Yeremian of David Yeremian & Associates, Inc. is also approved as Class Counsel.

5. The Court finds that no Class Member has objected to the terms of the Settlement. The Court further finds and determines that the terms of the Agreement are fair, reasonable and adequate to the Class and to each Class Member and that the Class Members who have not opted out will be bound by the Agreement, that the Agreement is ordered finally approved, and that all terms and provisions of the Agreement should be and hereby are ordered to be consummated.

6. The Court finds and determines that the payments to be made to the Participating Class Members as provided for in the Agreement are fair and reasonable. The Court gives final approval to and orders the payment of those amounts be made in accordance with the terms of the Agreement.

///

2.

[Proposed] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

7. The Court finds and determines that the payment of Five Thousand Dollars ($5,000.00) to each Class Representative Karla Sandoval, Fernando Felix, Mariana Vasquez, Valerie Calderon, Marco Rodriguez and Aden Khachadoorian Mamore, as an Enhancement Award is fair and reasonable. The Court gives final approval to and orders the payment of these amounts to the Class Representatives out of the Gross Settlement Amount in accordance with the terms of the Agreement.

8. The Court finds and determines that the payment of <u>Two Hundred Seventy Five Thousand</u> Dollars ($<u>275,000</u>.00) to Class Counsel for attorneys' fees is fair and reasonable, as is the payment of <u>Thirteen Thousand One Hundred Twenty Four</u> Dollars and <u>Nineteen</u> cents ($<u>13,124.19</u>) to Class Counsel for costs and expenses associated with the Action. The Court gives final approval to and orders the payment of these amounts to Class Counsel out of the Gross Settlement Amount in accordance with the terms of the Agreement.

9. The Court finds and determines that the payment of Fifty Thousand Dollars ($50,000.00) which shall be remitted to the California Labor and Workforce Development Agency ("LWDA") for the resolution of the Class Members' claims under the California Private Attorney General Act ("PAGA"), California Labor Code Section 2698, *et. seq*., is fair and reasonable. The Court gives final approval to and orders that the payment of that amount be paid to the LWDA out of the Gross Maximum Settlement Amount in accordance with the terms of the Agreement.

10. The Court finds and determines that the payment of Fifty Three Thousand Dollars ($53,000.00) for the fees and expenses of the Settlement Administrator as set forth in the Agreement is fair and reasonable. The Court gives final approval to and orders that the payment of that amount be paid to the Settlement Administrator out of the Gross Settlement Amount in accordance with the terms of the Agreement.

11. Nothing in this order will preclude any action to enforce the parties' obligations under the Agreement or under this Order.

12. Upon completion of administration of the settlement, the Claims Administrator will provide written certification of such completion to the Court and counsel for the parties.

///

13. Upon satisfaction of all payments and obligations under the Agreement and under this Order, all Class Members who did not opt out, are permanently barred from prosecuting against Released Parties any of the Released Claims. In addition, pursuant to the Agreement, any Participating Class Member who cashes his or her Individual FLSA Settlement Payment will be deemed to have opted into this Action for purposes of FLSA and consented to release his or her FLSA Claims.

14. By operation of the entry of this Order, the Parties shall fully comply with the terms and conditions of the Agreement.

15. Upon entry of this Order and Final Judgment, the Action is hereby dismissed with prejudice as against Defendant, provided, however, and without affecting the finality of this Order in any way, this Court hereby retains continuing jurisdiction over: (i) interpretation, implementation and enforcement of this settlement; and (ii) enforcement and administration of the Joint Stipulation Of Class Settlement And Release and the Addendum.

**THEREFORE THE COURT HEREBY ADJUDGES AND DECREES THAT JUDGMENT BE ENTERED PURSUANT TO THE TERMS OF THIS ORDER AND JUDGMENT.  IT IS SO ORDERED.**

DATED: August 16, 2018

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
The Honorable Phyllis J. Hamilton
United States District Judge